984

No. 03–1597. LOCKE, GOVERNOR OF WASHINGTON, ET AL. *v.* FARRAKHAN ET AL. C. A. 9th Cir. Motion of Thomas Johnson et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–242. EMMERMAN ET VIR *v.* CITY OF HIGHLAND PARK, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–330. LARIMER *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–10106. ATAMIAN *v.* HAWK ET AL., *ante*, p. 825;
No. 03–10373. IN RE COLE, *ante*, p. 808;
No. 03–10678. BEATON-PAEZ *v.* UNITED STATES, *ante*, p. 844;
No. 03–10683. IN SOO CHUN *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 844;
No. 03–11006. KIRKHAM, AKA RO *v.* UNITED STATES, *ante*, p. 863; and
No. 04–5159. HIGGINS *v.* BUREAU OF CUSTOMS ET AL., *ante*, p. 885. Petitions for rehearing denied.

NOVEMBER 9, 2004

No. 04–93. POEPPEL *v.* HARTFORD INSURANCE CO. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 10, 2004

No. 04–462. BOARD OF EDUCATION OF THE WAPPINGERS FALLS CENTRAL SCHOOL DISTRICT ET AL. *v.* ABRAHAMSON ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.